United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TINSLEY,<br><br>                Plaintiff,<br><br>    v.<br><br>KCM BRENTWOOD, LLC, et al.,<br><br>                Defendants. | Case No. 23-cv-00587-AMO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On August 21, 2023, the Court dismissed pro se Plaintiff Scott Tinsley's first amended complaint with leave to amend the first and second causes of action. ECF 28. Mr. Tinsley was to file a second amended complaint within 30 days of being served with the order. *Id.* at 5. KCM Brentwood served Mr. Tinsley with a copy of the order via overnight mail and by email on August 21, 2023. ECF 29-2. To date, Mr. Tinsley has not filed a second amended complaint.

On September 25, 2023, KCM Brentwood filed a motion to dismiss this action for failure to prosecute and failure to comply with the Court's August 21, 2023 order. ECF 30. The same day, KCM Brentwood provided Mr. Tinsley with a copy of the motion via email and by mailing. ECF 30-1. To date, Mr. Tinsley has not filed a response to the motion.

Accordingly, the Court orders Mr. Tinsley to show cause why this action should not be dismissed for failure to prosecute. Mr. Tinsley must file a written response to this order to show cause by no later than November 30, 2023. With the written response, Mr. Tinsley must also file either (1) an opposition to KCM Brentwood's motion to dismiss or (2) a statement of non-opposition to the motion. If Mr. Tinsley does not comply with this order, the Court may grant KCM Brentwood's motion as unopposed and dismiss this action for failure to prosecute.

To aid in his compliance with this order, Mr. Tinsley may wish to contact the Federal Pro

Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney. More information about the program is available online at the Court's website <https://www.cand.uscourts.gov>.

KCM Brentwood shall serve a copy of this order on Mr. Tinsley and file a certificate of service by no later than November 8, 2023.

**IT IS SO ORDERED.**

Dated: November 3, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**