UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TINSLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-09427-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *Tinsley v. KCM Brentwood, LLC*, 23-cv-00587-AMO.

　　　**IT IS SO ORDERED.**

Dated: January 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HAYWOOD S. GILLIAM, JR.
United States District Judge